IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| TIFFANY CHABOT | * | |
|---|---|---|
| v. | * | Civil Action No. CCB-13-1847 |
| MIDLAND FUNDING, LLC | * | |

| TIFFANY CHABOT | * | |
|---|---|---|
| v. | * | Civil Action No. CCB-13-1856 |
| EQUIFAX | * | |

| TIFFANY CHABOT | * | |
|---|---|---|
| v. | * | Civil Action No. CCB-13-1857 |
| TRANS UNION, LLC | * | |

***

## **MEMORANDUM**

I have reviewed the record in these consolidated cases. It appears that the defendants all have agreed that early mediation with a Magistrate Judge might be helpful. It also appears to me that having counsel and the parties meet to discuss these cases confidentially with another Judge to see if an agreeable resolution can be reached, before money is spent in discovery which may not be needed, is a sensible approach.

Accordingly, it is hereby **ORDERED** that:

1. discovery in these cases is **Stayed**;

2. the parties will be referred for mediation with a Magistrate Judge as soon as reasonably possible; and

3. the need for further scheduling will be considered after mediation, if these efforts are not successful.

September 24, 2013                          /s/
Date                                                   Catherine C. Blake
                                                                United States District Judge